NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALLSTATE INSURANCE COMPANY, )
                                                    )
           Appellant,                               )
                                                    )
v.                                                  )    Case No. 2D16-2178
                                                    )
LEE MEMORIAL HEALTH SYSTEM, and )
GEICO GENERAL INSURANCE             )
COMPANY.                                            )
                                                    )
           Appellees.                               )
_____ )

Opinion filed December 6, 2019.

Appeal from the Circuit Court Lee County;
Keith Kyle, Judge.

John P. Joy and Sara M. Sandler of Walton,
Lantaff, Schroeder & Carson, LLP of Fort
Lauderdale for Appellant.

Hala Sandridge of Buchanan, Ingersoll, &
Rooney, P.C. of Tampa for Appellee, Lee
Memorial Health System.

No Appearance for Appellee, Geico
General Insurance Company.

PER CURIAM.

           Affirmed.


KELLY, LUCAS, and SMITH, JJ., Concur.